05-19-00736-CV

FILED
DALLAS COUNTY
6/19/2019 5:07 PM
FELICIA PITRE
DISTRICT CLERK

Shelia Bradley

## CAUSE NO. DC-18-08570

IN RE:
PETITION OF REWARDSTYLE,

Plaintiff,

v.

REQUESTING DEPOSITIONS OF
SHOPSTYLE, INC. AND POPSUGAR INC.,

Defendants.

IN THE DISTRICT COURT OF

FILED
5th COURT OF APPEALS
DALLAS, TEXAS
6/20/2019 5:41:45 PM
LISA MATZ
Clerk

DALLAS COUNTY, TEXAS

95TH JUDICIAL DISTRICT

---

## NOTICE OF ACCELERATED INTERLOCUTORY APPEAL

---

Pursuant to Texas Civil Practice & Remedies Code Section § 51.014(a)(7) and Texas Rules of Appellate Procedure 25.1 and 26.1(b), Defendant POPSUGAR Inc. ("POPSUGAR") states its intent to appeal, on an accelerated basis, this Court's decision denying its special appearance—the Court's "Final Order Denying Special Appearances and Granting Rule 202 Petition" and "Findings of Fact and Conclusions of Law"—both of which were signed by this Court on Friday, May 31, 2019, in the above-styled action: *In RE Petition of rewardStyle v. Requesting Depositions of ShopStyle, Inc. and POPSUGAR Inc.*, Cause No. DC-18-08570 in the 95th Judicial District Court of Dallas County, Texas. POPSUGAR appeals to the Fifth District Court of Appeals, Dallas, Texas. This is an accelerated appeal, but it is not a parental termination or child protection case, as defined by Texas Rule of Appellate Procedure 28.4.

Respectfully submitted,

DATED: June 19, 2019

GORDON & REES LLP

By: /s/ Robert A. Bragalone
Robert A. Bragalone
State Bar No. 02855850
bbragalone@grsm.com
B. Ryan Fellman
State Bar No. 24072544
rfellman@grsm.com
2200 Ross Avenue
Suite 4100W
Dallas, TX 75201
Telephone: 214 231 4660

Benedict Y. Hur (Admitted *Pro Hac Vice*)
bhur@keker.com
Bevan A. Dowd (Admitted *Pro Hac Vice*)
bdowd@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant POPSUGAR INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was e-served on all counsel of record on June 19, 2019.

/s/ Robert A. Bragalone
Robert A. Bragalone